

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-87,501-01

### EX PARTE RASHOD EMERY ALLEN, Applicant

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. B20485-1706 IN THE 64TH DISTRICT COURT
### FROM HALE COUNTY

*Per curiam*.

## O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant pleaded guilty to engaging in organized criminal activity, and was sentenced to ten years' imprisonment.

After a review of the records, we find that Applicant's claims pertaining to a charge of sexual assault of a child that was apparently dismissed when he pleaded guilty to this charge are without merit. Therefore, they are denied. Applicant's remaining claim concerning the denial of pre-sentencing credit for time spent in confinement prior to his plea

is dismissed.  *Ex parte Ybarra*, 149 S.W.3d 147 (Tex. Crim. App. 2004) (Where an inmate seeks pre-sentence jail time credit, "[t]he appropriate remedy in this situation is to require Applicant to present the issue to the trial court by way of a *nunc pro tunc* motion, . . . [and] [i]f the trial court fails to respond, Applicant is first required to seek relief in the Court of Appeals, by way of a petition for a writ of mandamus, unless there is a compelling reason not to do .")


Filed: October 25, 2017
Do not publish